(August 3, 1922.)

## EVA R. CROSSLIN, Respondent, v. JAMES CROSSLIN, Appellant.

[208 Pac. 402.]

DIVORCE CASE — ORDER FOR TEMPORARY ALIMONY AND SUIT MONEY — APPEAL.

> An order of the district court in a divorce case, granting temporary alimony, suit money and attorney fee, is not an appealable order. .

APPEAL from an order of the District Court of the Eighth Judicial District, for Kootenai County, W. F. Mc-Naughton, Judge, granting temporary alimony and suit money. *Dismissed.*

Original motion to quash order to show cause. *Denied.*

Original application for suit money on appeal. *Granted.*

Walter H. Hanson, for Appellant.

The court having jurisdiction of a divorce case will grant a cash allowance to the wife only where it appears that she is unable to finance her own side of the case and where it appears, upon a proper showing by the wife, that the husband has means with which to pay her living expenses and the costs of preparing for trial and trying the case. (*Day v. Day*, 12 Ida. 556, 557, 10 Ann. Cas. 260, 86 Pac. 531; Id., 15 Ida. 107, 96 Pac. 431; *Enders v. Enders*, 34 Ida. 381, 201 Pac. 714.)

The appellant had the right to appeal from both orders and cannot be forced to come into this court prior to the time fixed by statute and by the rules of this court. (Secs. 7152, 7153, C. S.; Rule 26 of this court; *Enders v. Enders, supra.*)

Potts & Wernette and J. Ward Arney, for Respondent.

Although discouraging original applications in this court for suit money and counsel fees, pending suit, this court has properly entertained jurisdiction of this case, being one wherein the husband is appealing and attempting to leave the wife destitute of funds for support and for the prosecution of her action in the district court as well as in this court. (*Enders v. Enders,* 34 Ida. 381, 201 Pac. 714; *Callahan v. Dunn,* 30 Ida. 225, 231, 164 Pac. 356.)

McCARTHY, J.—Appellant's motion to quash the order to show cause, heretofore issued out of this court, is denied. Respondent's motion to dismiss appellant's appeal from the order of the district court for temporary alimony, suit money and attorney fee is granted. Respondent's application for suit money and attorney fee in this court is granted, and it is ordered that appellant pay to the clerk of this court, within 30 days, the sum of $125 for the use of respondent, as suit money and attorney fee, to enable her to present to this court her side of the case on appellant's appeal from the order denying a change of venue. As to other matters, respondent's application is denied.

Rice, C. J., and Budge, Dunn and Lee, JJ., concur.